UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LATIASHA SMITH WILLIAMS,** | * | **Civil Action No. _____** |
| **Plaintiff** | * | |
| | * | |
| | * | |
| **VERSUS** | * | **District Judge:** |
| | * | |
| | * | |
| **STATE OF LOUISIANA AND ITS** | * | |
| **SUBDIVISION, THE LOUISIANA** | * | |
| **DEPARTMENT OF PUBLIC SAFETY AND** | * | **Magistrate Judge:** |
| **CORRECTIONS, SECRETARY JAMES** | * | |
| **LEBLANC, WARDEN ROBERT TANNER** | * | |
| **CAPTAIN BRINK HILLMAN, SERGEANT** | * | |
| **GARY KING, SERGEANT JOHN CRAIN,** | * | |
| **SERGEANT DUSTIN ROGERS AND** | * | |
| **JOHN DOES** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes Defendants, State of Louisiana, Department of Public Safety and Corrections, Secretary James LeBlanc and Warden Robert Tanner (hereinafter, "Defendants"), who submit this Notice of Removal to the United States District Court for the Middle District of Louisiana in the above captioned case and respectfully represent:

**I.**

Petitioners are defendants in a civil suit brought against them in the 19th Judicial District Court for the Parish of East Baton Rouge, entitled "*Latiasha Smith Williams versus State of Louisiana and its Subdivision, The Department of Public Safety and Corrections, Secretary James LeBlanc, Warden Robert Tanner, Captain Brink Hillman, Sergeant Gary King, Sergeant John Crain, Sergeant Dustin Rogers (sic) and John Does*" Docket No. C-694434, Div. 21/D. A copy of the Plaintiff's Petition is attached hereto as Exhibit A.

1

## THE NOTICE OF REMOVAL IS TIMELY

**II.**

Plaintiff, Latiasha Smith Williams, ("Plaintiff") commenced this action on or about February 27, 2020, by filing a Petition for Damages in the 19th Judicial District Court for the Parish of East Baton Rouge. Service of process of the Citation and Plaintiff's Petition was made upon Defendant State of Louisiana, via the Office of Risk Management and the Office of Attorney General Jeff Landry, on March 13, 2020; upon Defendant Louisiana Department of Public Safety and Corrections on March 11, 2020; upon Defendant Secretary James LeBlanc on March 11, 2020; and upon Warden Robert Tanner on March 9, 2020.

**III.**

Accordingly, this Notice of Removal is filed within thirty (30) days after Defendants' receipt of a copy of the pleadings setting forth the claim for relief upon which the action is based, as required by 28 U.S.C. §1441(b). Consequently, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

**IV.**

The Fifth Circuit has interpreted 28 U.S.C. §§ 1446(a) and (b) to require that all properly served defendants join in a notice of removal. See *Getty Oil, Div. Of Texaco v. Ins. Co. of North America*, 841 F.2d 1254, 1263 (5th Cir. 1988). As of the date of this Notice, Defendant Gary King was served on March 10, 2020, Defendant John Crain was served on March 11, 2020, Defendant Brink Hillman was served on March 18, 2020, and Defendant Dustin Rodgers was served via Long Arm Statute on March 18, 2020. Defendants King, Crain, Hillman and Rodgers

consent to this Notice of Removal and a copy of their respective Consent to Removal pleadings are attached hereto *in globo* as Exhibit B.

**THERE IS JURISDICTION BASED ON FEDERAL QUESTION**

**V.**

According to the Petition, Plaintiff alleges the decedent, Anthony Carl Smith ("Smith"), her biological father, was deprived of his constitutional rights under 42 U.S.C. §1983 and his right to be free from cruel and unusual punishment under the Eighth and Fourteenth Amendments of the United States Constitution. Plaintiff further alleges the Defendants are liable under Louisiana Civil Code articles 2315 and 2316 for causing injury, pain and suffering the death to Smith. Plaintiff also alleges the Defendants are liable under Louisiana Civil Code article 2315.2 for the alleged wrongful death of Smith. Finally, Plaintiff alleges Smith was subjected to disability discrimination in violation of federal and/or state law. Plaintiff claims she is entitled to damages as Smith's surviving child under Louisiana Civil Code article 2315.1. Plaintiff seeks recovery of compensatory damages and punitive damages. (See Exhibit A, Petition, ¶¶ 79-105.)

**VI.**

This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff has brought this action under laws of the United States.[1]

**VII.**

This action is removable under 28 U.S.C. §1441 without regard to the citizenship or residence of the parties.

---

[1] On March 9, 2020, a related lawsuit was filed by Richard Smith, the father of the decedent Anthony Smith, in the United States District Court for the Eastern District of Louisiana, setting forth similar claims under 42 U.S.C. §1983, the ADA and the Rehabilitation Act of 1973, and claims under Louisiana state law for wrongful death, survival, assault and battery, intentional infliction of emotional distress and negligence against Defendants Hillman, King, Crain, Rodgers and/or the State of Louisiana, in addition to other defendants who are not parties to the instant lawsuit, in connection with Smith's death.

**VIII.**

Pursuant to 28 USC § 1446(a), Defendants attach to this Notice of Removal as Exhibit C, a copy of all process, pleadings and orders filed in the state court action and served on Defendants appearing herein.

**IX.**

Concurrent with the filing of this Notice of Removal, Defendants are giving written notice of the Notice of Removal to the 19th Judicial District Court for Parish of East Baton Rouge, counsel for Plaintiff and counsel for the Defendants consenting to this removal.

**WHEREFORE**, Defendants, State of Louisiana, Department of Public Safety and Corrections, Secretary James LeBlanc and Warden Robert Tanner pray that this Court order that this cause be removed from the 19th Judicial District Court for the Parish of East Baton Rouge to the United States District Court for the Middle District of Louisiana, as provided by law, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

Respectfully submitted:

*/s/ Allen J. Krouse, III*_____
ALLEN J. KROUSE, III (#14426)
SUZANNE M. RISEY (#25488)
FRILOT LLC
1100 Energy Centre, Suite 3700
New Orleans, LA  70163
Telephone: 504-599-8000
Facsimile: 504-599-8100
Email: akrouse@frilot.com
Email: srisey@frilot.com
*Counsel for Defendants, State of Louisiana,*
*Department of Public Safety and Corrections,*
*Secretary James LeBlanc and Warden Robert Tanner*

## CERTIFICATE OF SERVICE

I certify that on this the 7th day of April 2020, a copy of the above and foregoing pleading has been served upon counsel of record for all parties via CM/ECF transmission through the United States District Court for the Middle District of Louisiana.

<em>/s/ Allen J. Krouse, III</em>