UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATIASHA SMITH WILLIAMS | * | CIVIL ACTION NO. |
| | * | 2:20-cv-01145-GGG-JVM |
|    Plaintiff | * | |
| | * | SECTION "T" |
| VERSUS | * | JUDGE: GREG G. GUIDRY |
| | * | |
| | * | DIVISION "1" |
| STATE OF LOUISIANA AND ITS | * | MAGISTRATE JUDGE |
| ITS SUBDIVISION, THE LOUISIANA | * | JANIS VAN MEERVELD |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONS, SECRETARY | * | |
| JAMES LEBLANC, WARDEN ROBERT | * | |
| TANNER, CAPTAIN BRINK HILLMAN, | * | |
| SERGEANT GARY KING, SERGEANT | * | |
| JOHN CRAIN, SERGEANT DUSTIN | * | |
| ROGERS, AND JOHN DOES, | * | |
| | * | |
|    Defendants | * | |

---

### GARY KING'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION TO REMAND AND ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGMENT

---

**MAY IT PLEASE THE COURT:**

    **NOW INTO COURT**, through undersigned counsel, comes Defendant Gary King ("Sgt. King") for the purpose of filing this, his Memorandum of Law in Opposition to Plaintiff's Motion to Remand and Alternatively, Motion for Partial Summary Judgment[1] in the above-referenced action. Pursuant to Fed. R. Civ. Proc. 7(b)(1)(B), following are the grounds supporting the instant Opposition:

---

[1] Rec. Doc. No. 25.

3133380 v1

I.      **Factual Background and Procedural History.**

Co-Defendants Brink Hillman, Dustin Rodgers and John Crain have previously filed Oppositions to the instant Motion to Remand (Rec. Doc. Nos. 29, 30, and 31, respectively). Co-Defendants the State of Louisiana, the Department of Public Safety and Corrections, Secretary James LeBlanc and Warden Robert Tanner likewise have filed a thorough Memorandum in opposition to the instant Motion (Rec. Doc. No. 32). Sgt. King will not unnecessarily repeat any information or argument already provided to the Court by other co-Defendants, but Sgt. King will point out to the Court that he is no longer employed with the State of Louisiana (in any capacity) and undersigned Counsel filed Sgt. King's Answer in this matter on behalf of the office of Louisiana Attorney General Jeff Landry and as Special Assistant Attorneys General acting on behalf of the Louisiana Attorney General.[2]

Sgt. King is similarly situated as co-Defendants Dustin Rodgers, John Crain, and Brink Hillman insofar as all are currently former employees of the State of Louisiana. Sgt. King is further similarly situated as all Defendants in this matter insofar as all facts alleged by Plaintiff in her Petition for Damages involved Sgt. King's actions while he was an employee of the State of Louisiana and occurred within the course and scope of that employment. There is, therefore, no discernible distinction by and between the various Defendants with respect to the disposition of the instant Motion and Sgt. King respectfully suggests that whatever decision the Court reaches as to co-Defendants should be the same decision with respect to the disposition of the instant Motion as to Sgt. King.

II.      **Argument of Law and Citation of Authority.**

As stated above, co-Defendants have extensively briefed the issues governing the disposition of Plaintiff's Motion (*inter alia,* Rec. Doc. Nos. 29, 30, 31, and 32) and Sgt. King

---

[2] Rec. Doc. No. 21, at p. 19.

will not repeat those arguments here.  Suffice it to say, the authority promulgated in *Lapides v. Board of Regents of the University System of Georgia, et al.*, 535 U.S. 613 (2002), and *Simmons v. Sabine River Authority*, 823 F.Supp.2d 420 (W.D. La. 2011), along with the fact that undersigned Counsel is representing Sgt. King in our capacity as Special Assistant Attorneys General on behalf of Louisiana Attorney General Jeff Landry pursuant to La.R.S. 49:258 and La.R.S. 13:5108.1 (as demonstrated by the Answer undersigned Counsel filed on behalf of Sgt. King[3]), dictates that Defendants properly removed this matter to this Court and remand (of any claims Plaintiff has asserted) is not appropriate.

Plaintiff alleges claims under federal law including *inter alia* 42 U.S.C. § 1983 and the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq*.  This Court has original jurisdiction over Plaintiff's federal law claims pursuant to 28 U.S.C. § 1331 and supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 due to the fact that Plaintiff's state law claims are so related to the federal law claims that they form part of the same case or controversy under Article III of the United States Constitution. This Court, therefore, has original and supplemental jurisdiction over **all** claims Plaintiff alleges in the instant matter.

Defendants have effectively waived their Eleventh Amendment immunity **to suit** by removing this matter to this Court, but have not waived their immunity **from liability**. *Meyers ex rel. Benzing v. Texas*, 410 F.3d 236, 254 (5th Cir. 2005).  Sgt. King adopts and asserts, as if stated herein *in extenso,* all arguments and authority asserted in opposition to Plaintiff's Motion by co-Defendants the State of Louisiana, the Department of Public Safety and Corrections, Secretary James LeBlanc, Warden Robert Tanner, Captain Brink Hillman, Sergeant Dustin Rodgers and Sergeant John Crain. For these reasons, Sgt. King respectfully suggests Plaintiff's Motion to Remand and Alternatively, Motion for Partial Summary Judgment, should be denied.

---

[3] Rec. Doc. No. 21, at p. 19.

### III.     Conclusion.

Defendants, with the consent and authority of the Louisiana Attorney General, properly removed this matter from the 19th Judicial District Court for the Parish of East Baton Rouge and thereby waived Eleventh Amendment immunity to suit, but not from liability.  Plaintiff's Motion to Remand and Alternatively, Motion for Partial Summary Judgment, therefore, should be denied.

Respectfully submitted,

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Jacob K. Best*
_____
GUICE A. GIAMBRONE, III, T.A. (#25062)
JACOB K. BEST (#29533)
BLUE WILLIAMS, LLP
SPECIAL ASSISTANT ATTORNEY GENERAL
3421 N. Causeway Boulevard, Suite 900
Metairie, LA  70002
Telephone:  (504) 830-4929
Facsimile: (504) 849-3038
Email:  ggiambrone@bluewilliams.com
         jbest@bluewilliams.com
*Attorneys for Defendant, Gary King*

### CERTIFICATE OF SERVICE

I do hereby certify I have on this 2nd day of June, 2020, filed a true and accurate copy of the foregoing pleading with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will provide notice of the electronic filing to Counsel for all parties.

*/s/ Jacob K. Best*
_____
Jacob K. Best

3133380 v1