## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LATIASHA SMITH WILLIAMS,** * | | **Civil Action No. 20-01145** |
|     **Plaintiff** * | | |
| * | | |
| * | | |
| **VERSUS** * | | **District Judge:** |
| * | |     Greg G. Guidry |
| * | | |
| **STATE OF LOUISIANA AND ITS** * | | |
| **SUBDIVISION, THE LOUISIANA** * | | |
| **DEPARTMENT OF PUBLIC SAFETY AND** * | | **Magistrate Judge:** |
| **CORRECTIONS, SECRETARY JAMES** * | |     Janis van Meerveld |
| **LEBLANC, WARDEN ROBERT TANNER** * | | |
| **CAPTAIN BRINK HILLMAN, SERGEANT** * | | |
| **GARY KING, SERGEANT JOHN CRAIN,** * | | |
| **SERGEANT DUSTIN ROGERS AND** * | | |
| **JOHN DOES** * | | |
|     **Defendants** * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## SEVENTH 60-DAY STATUS REPORT REGARDING STATUS OF CRIMINAL PROCEEDINGS

In accordance with this Court's Order dated October 22, 2020 (Rec. Doc 59), Defendants, State of Louisiana, Department of Public Safety and Corrections, Secretary James LeBlanc, and Warden Robert Tanner, through undersigned counsel, hereby provide this seventh 60-day status report to advise this Honorable Court of the status of the criminal proceedings pending in Washington Parish against Defendants, Brink Hillman, Gary King and John Crain.

As of Defendants' last status report, a pretrial conference in each of the criminal proceedings was scheduled March 8, 2022, and trial was scheduled to commence March 21, 2022. However, those dates were continued. At this time, a final pretrial conference in the Defendants' respective criminal proceedings is scheduled April 5, 2022. The Defendants' trials are scheduled to commence April 25, 2022.

In accordance with this Court's Order, undersigned counsel will provide an updated report within sixty days to advise the Court whether the trials of Defendants, Hillman, King and Crain will proceed on April 25, 2022.

Respectfully submitted:

JEFF LANDRY
ATTORNEY GENERAL

*/s/ Allen J. Krouse, III*
ALLEN J. KROUSE, III (La. Bar #14426)
SUZANNE M. RISEY (La. Bar #25488)
FRILOT LLC
Special Assistant Attorneys General
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8000
Fax: (504) 599-8100
Email: akrouse@frilot.com
Email: srisey@frilot.com
*Attorneys for Defendants, State of Louisiana, Department of Public Safety and Corrections, Secretary James LeBlanc, and Warden Robert Tanner*

**CERTIFICATE OF SERVICE**

I certify that on this the 28th day of March 2022, a copy of the above and foregoing pleading has been served upon counsel of record for all parties via CM/ECF transmission through the United States District Court for the Eastern District of Louisiana.

*/s/ Allen J. Krouse, III*