UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LATIASHA SMITH WILLIAMS | * | CIVIL ACTION NO.: 2:20-CV-1145 |
| | * | |
| | * | SECTION "T"  DIVISION "1" |
| | * | |
| VERSUS | * | JUDGE GREG G. GUIDRY |
| | * | |
| STATE OF LOUISIANA AND ITS | * | MAGISTRATE JUDGE |
| SUBDIVISION, THE LOUISIANA | * | JANIS van MEERVELD |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONS, ET AL. | * | |

************************************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT
### (PREVIOUSLY FILED AS PETITION FOR DAMAGES)

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, LATIASHA SMITH WILLIAMS ("WILLIAMS"), in and for the purpose of supplementing and amending her Petition for Damages filed on February 27, 2020 as follows:

I.

By amending and supplementing paragraph 89 to read as follows:

Defendants are liable to petitioner as ANTHONY CARL SMITH's ("SMITH") injuries, damages, pain and suffering, and death were caused by the fault of the staff of B.B. Rayburn Correctional Center, including LDPS, SECRETARY LEBLANC, WARDEN TANNER, SERGEANT CRAIN, SERGEANT KING, SERGEANT ROGERS, and CAPTAIN HILLMAN in the following non-exclusive particulars:

a) Failing to adopt and abide by needed and appropriate policies for the use of the spit mask;

b) Failing to provide SMITH with adequate medical attention;

c)  Substantial delays in providing medical care to SMITH;

d)  Failure to supervise;

e)  Negligent hiring;

f)  Negligent training;

g)  Dereliction of duty;

h)  Any and all other acts of negligence which may be proven at trial of this matter;

i)  Failing to intervene in the acts and/or omissions of the other defendants; and,

j)  Faiing to comply with spit mask usage warnings and/or instructions.

II.

By amending and supplementing paragraph 103 to read as follows:

The above actions, omissions, and/or failures to intervene by the defendants, individually and/or by acting in concert with the other defendants, entitle petitioner, WILLIAMS, to punitive damages under 42 U.S.C. § 1983.

III.

By supplementing the complaint by adding paragraph 65(A) to read as follows:

That each defendant, WARDEN TANNER, SERGEANT KING, SERGEANT ROGERS, SERGEANT CRAIN, CAPTAIN HILLMAN, and the defendants, STATE OF LOUISIANA, the LDPS, and SECRETARY LEBLANC, knew or should have known of the warning and/or instructions provided and disclosed with each spit mask that read "**WARNING:** IMPROPER USE OF THE TRANSPORT HOOD MAY CAUSE INJURY OR DEATH … Improper use may result in serious injury or death due to asphyxiation, suffocation or drowning in ones own fluids" yet ignoring and/or not complying with said

warning and/or instructions, said defendants used said spit mask such that it caused or contributed to SMITH's injuries and death.

IV.

By supplementing the complaint by adding paragraph 89(A) to read as follows:

Defendant, CAPTAIN HILLMAN, was indicted on the 30th day of October, 2019 with charges of LSA R.S. 14:134 - malfeasance in office; LSA R.S. 14:134.A(1) and R.S. 14:26 - malfeasance in office – criminal conspiracy; LSA R.S. 14:130.1.A(1) and B(1) - obstruction of justice by tampering with evidence; and LSA R.S. 14:26 and R.S. 14:130.1 - conspiracy to commit obstruction of justice.  Said defendant, CAPTAIN HILLMAN, subsequently plead Nolo Contendre to the aforesaid charges on the 25th day of April, 2022.

V.

By supplementing the complaint by adding paragraph 89(B) to read as follows:

Defendant, SERGEANT KING, was indicted on the 30th day of October, 2019 with charges of LSA R.S. 14:134 - malfeasance in office; LSA R.S. 14:134.A(1) and R.S. 14:26 - malfeasance in office – criminal conspiracy; LSA R.S. 14:130.1.A(1) and B(1) - obstruction of justice by tampering with evidence; and LSA R.S. 14:26 and R.S. 14:130.1 - conspiracy to commit obstruction of justice.  Said defendant, SERGEANT KING, subsequently plead No Contest under Article 893 to the aforesaid charges on the 24th day of October, 2022.

VI.

By supplementing the complaint by adding paragraph 89(C) to read as follows:

Defendant, SERGEANT CRAIN, was indicted on the 30th day of October, 2019 with charges of LSA R.S. 14:134 - malfeasance in office; LSA R.S. 14:134.A(1) and R.S. 14:26 - malfeasance in office – criminal conspiracy; LSA R.S. 14:130.1.A(1) and B(1) - obstruction of justice by tampering with evidence; and LSA R.S. 14:26 and R.S. 14:130.1 - conspiracy to commit obstruction of justice.  Said defendant, SERGEANT CRAIN, subsequently plead No Contest to the aforesaid charges on the 19th day of September, 2022.

VII.

By supplementing the complaint by adding paragraph 94(A) to read as follows:

That SMITH, while incarcerated and under the control and supervision of the defendants was treated inhumanely by the defendants who were acting individually and/or in concert, by violating of Louisiana Constitition Art. 1 § 20 which requires that "No law shall subject any person to euthanasia, to torture, or to cruel, excessive, or unusual punishment.  Full rights of citizenship shall be restored upon termination of state and federal supervision following conviction of any offense."

VIII.

The other allegations of said Petition for Damages remain as originally asserted and/or alleged.  To the extent necessary, said other allegations of the Petition for Damages are asserted herein by reference as if copied herein in extenso.

**WHEREFORE**, plaintiff, LATIASHA SMITH WILLIAMS, prays there be judgment rendered in favor of plaintiff, LATIASHA SMITH WILLIAMS, and against said defendants, STATE OF LOUISIANA, LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND

CORRECTIONS, SECRETARY JAMES LEBLANC, WARDEN ROBERT TANNER, CAPTAIN BRINK HILLMAN, SERGEANT GARY KING, SERGEANT DUSTIN ROGERS, AND SERGEANT JOHN CRAIN, in solido, for damages, including both compensatory and punitive damages, in all amounts reasonable in the premises and set forth at trial; legal interest from the date of judicial demand on all amounts awarded; all costs of these proceedings; any attorneys fees awarded; and, all other judicial and equitable relief allowed by law.

Respectfully submitted this 28th day of February, 2023.

RON S. MACALUSO LAW FIRM, LLC

*/s/ Ron S. Macaluso*
RON S. MACALUSO (#9616)
207 N. Cypress St.
P.O. Drawer 2828
Hammond, LA 70404
Telephone: (985) 345-5291
Facsimile: (985) 345-5293
Email: rsm@ronmacaluso.com
RSM File No.: 11-19013
*(Attorney for plaintiff, Latiasha Smith Williams)*

SEALE & ROSS, PLC

*/s/ Glen R. Galbraith*
GLEN R. GALBRAITH (#23087)
200 N. Cate Street
Hammond, LA 70401
Telephone: (985) 542-8500
Facsimile: (985) 542-4111
Email: galbraith@sealeross.com
*(Attorney for plaintiff, Latiasha Smith Williams)*

/Volumes/Company Files/Docs/11-RSM/Williams (11-19013)/PLEADS/USDC/First Supplemental and Amending Complaint.022823.docx